## SHACKLEFORD *vs.* TWIGGS.

The granting of an injunction and the appointment of a receiver rest largely in the discretion of the chancellor, and it would require a strong case to warrant this court in interfering with such discretion. Under the allegations in the bill and answer, in connection with the affidavits read at the hearing, there was no abuse of discretion in appointing a receiver in this case.

Judgment affirmed.

March 17, 1885.

BLANDFORD, Justice.

[This was a bill to set aside a contract of rent for fraud, and to have a receiver and injunction pending the case, insolvency being alleged. The answer denied the fraud alleged. On the bill, answer and conflicting affidavits, the chancellor granted the injunction and appointed a receiver. Defendant excepted.]